No. 54544.—A. G. Parser, Inc. *v.* United States, protest 157452–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.